**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

MARY FRANCES RUELL,                )    NO.  CV 15-3666-AS
                                   )
                Plaintiff,         )
                                   )        **JUDGMENT**
        v.                         )
                                   )
CAROLYN W. COLVIN,                 )
Acting Commissioner of Social      )
Security,                          )
                                   )
                Defendant.         )
_____)

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the
Social Security Administration is reversed in part and the matter is
remanded for further administrative action consistent with the Opinion
filed concurrently herewith.


     DATED:  March 8, 2016.


                                        /s/
                              _____
                                    ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE