JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FRANCES RUELL )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY )<br>)<br>　　　Defendant )<br>_____) | CASE NO. CV 15-3666-AS<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920<br><br>_____ |

　　　Pursuant to the Stipulation between the parties,

　　　IT IS HEREBY ORDERED That EAJA fees are awarded in the amount of $3,000.00 and $400.00 court costs, subject to the terms of the stipulation.


Dated:   June 14, 2016

　　　　　　　　　　　　　　　　　　／ s ／
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　U.S. Magistrate Judge